# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BEATRIZ VASQUEZ,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:19-CR-1117-DMS<br><br>**ORDER EXTENDING TIME AND MODIFYING BRIEFING ORDER FOR COMPASSIONATE RELEASE FILINGS** |

Having shown good cause, it is hereby ordered that Ms. Vasquez, through counsel, shall file a Supplement to her letter-petition for Compassionate Release by Monday, March 1, 2021 at 5 p.m. The Government must file a response by Monday, March 15, 2021 at 5 p.m.

**IT IS SO ORDERED.**

Dated: February 16, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　　　　　United States Chief District Judge